UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BRYANT CROFT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 2:04-cv-00051-ERW |
| DOCTOR HAMPTON, NURSE PAM TANNER, WANDA PATTON, AND CORRECTIONAL MEDICAL SERVICES, INC., | ) ) ) ) ) |
| Defendants. | ) |

## *STIPULATION OF DISMISSAL*

COME NOW, Defendants, by and through counsel, and file the following Stipulation of Dismissal in the above-captioned matter, and state as follows:

1. Pursuant to the Court's Order, Defendants represented to the Court that a settlement check has been tendered to the Plaintiff for the agreed upon settlement amount.

2. Defendants further state that all settlement documents have been exchanged and fully executed by the parties.

3. The undersigned counsel has notified the Plaintiff that the Stipulation of Dismissal would be electronically filed on today's date, August 7, 2009, and hard copy would be forwarded to the Plaintiff by U.S. Mail to the Plaintiff's home address.

/s/ Peter J. Dunne
Peter J. Dunne   #31482
Federal Registration No. 3025
Jessica L. Liss   #51331
Federal Registration No. 93685
RABBITT, PITZER & SNODGRASS, P.C.
Attorney for Defendants
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
Tel: (314) 421-5545
Fax: (314) 421-3144
Email: dunne@rabbittlaw.com
Email: liss@rabbittlaw.com

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 7th day of August, 2009 to be served by operation of the Court's electronic filing system and a copy mailed to the following non-participants in electronic filing: **Mr. Bryan Croft, 9007 Bobb Avenue, St. Louis, Missouri 63114.**

/s/ Peter J. Dunne

{}